# United States District Court

Eastern _____ DISTRICT OF __Massachusetts__

Colonial Surety Company

V.

Jennifer M. Leone,
Kevin J. Leone and
Kevin Leone d/b/a Kevin's Landscaping and Construction
   a/k/a Kevin's Lawn Maintenance

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10239 MEL

TO: (Name and address of defendant)

Jennifer M. Leone
9 Progressive Street
Worcester, MA 01604-2407

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis A. Shannon, III, Esq.
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE   FEB 3 – 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

Check one box below to indicate appropriate method of service

**Worcester County Sheriff's Office • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100**

Worcester, ss
02/05/2004

☐ I hereby certify and return that on 02/04/2004 at 02:36pm I served a true and attested copy of the Summons and Verified complaint and request for preliminary injunction, Exhibit A and K in this action in the following manner: To wit, by leaving at the last and usual place of abode of JENNIFER M LEONE at 9 PROGRESSIVE ST, WORCESTER, MA and by mailing first class mail to the above address on 02/05/2004. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 1.00 Total Fees: $52.20

Deputy Sheriff David G Westerman    _____
                                     Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date            Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.