*Shannon Law Associates, Inc.*

FILED
IN CLERKS OFFICE

2004 MAR 25  P 3: 16

March 24, 2004

U.S. DISTRICT COURT
DISTRICT OF MASS.

Ms. Sandra E. Holahan, Docket Clerk
For the Honorable Morris E. Lasker
c/o Civil Clerk's Office
United States District Court
U. S. Courthouse
One Courthouse Way, Room 5110
Boston, MA 02210

      RE:   Colonial Surety Company v.
             Leone et al.
             U. S. District Court, Case No. 04 - 10239 MEL

Dear Ms. Holahan:

    Pursuant to my telephone conversation with Christina of your office, please be advised that the Plaintiff is not, at this time, pressing its Preliminary Injunction request. The parties are actually attempting to settle the matter.

    Thank you.

                            Very truly yours,

                            Francis A. Shannon, III

FAS/ms
cc:    Colonial Surety Company
       Robert S. White, Esq.
1606:015:03-24SEH