UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

COLONIAL SURETY COMPANY,
    Plaintiff,

v.

JENNIFER M. LEONE,
KEVIN J. LEONE and
KEVIN LEONE d/b/a KEVIN'S
LANDSCAPING AND CONSTRUCTION
a/k/a KEVIN'S LAWN MAINTENANCE,
    Defendants.

Case No. 04 – 10239 MEL

## STIPULATION OF DISMISSAL

NOW COME all parties to the above-captioned cause of action and, pursuant to Mass. R. Civ. P. Rule 41, stipulate to the dismissal with prejudice of all claims and counterclaims only to the extent of that certain Mutual Limited Release Of Demands attached hereto. The parties further waive all rights of appeal, and each party to bear their respective costs, expenses and attorneys' fees.

| | |
|---|---|
| JENNIFER LEONE,<br>KEVIN J. LEONE and<br>KEVIN LEONE d/b/a KEVIN'S<br>LANDSCAPING AND CONSTRUCTION<br>a/k/a KEVIN'S LAWN MAINTENANCE<br>By its attorney, | COLONIAL SURETY COMPANY<br>By its attorney, |
| _____<br>Robert S. White, Esq.<br>BBO # 552229<br>Bourgeois, Dresser & White<br>4 Dix Street<br>Worcester, MA 01609<br>(508) 798-8801 | _____<br>Francis A. Shannon, III, Esq.<br>BBO # 560651<br>Shannon Law Associates, Inc.<br>One Bowdoin Square, 9th Floor<br>Boston, MA 02114<br>(617) 263-1313 |

1606:015:stipdis